**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

YACEL LEANDRO RAMOS,

      *Petitioner*,

v.                                        Case No. 3:26-cv-719-WWB-SJH

WARDEN, BAKER COUNTY DETENTION
CENTER, et al.,

      *Respondents.*

_____

## ORDER

THIS CAUSE is before the Court on "Petitioner's Unopposed Motion to Dismiss Without Prejudice" filed pursuant to Federal Rule of Civil Procedure 41(a)(2).  (Doc. 17). The Motion (Doc. 17) is **GRANTED**.  Pursuant to Federal Rule of Civil Procedure 41, the Clerk is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, on July 6, 2026.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Jax-7
Copies to:
Counsel of record